**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                               Case No: 6:24-cr-40-RBD-EJK

**TIRELL ANTON JORDAN,**

    Defendant.
_____/

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The Defendant, Tirell Anton Jordan, by and through his undersigned attorney, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

**ESSENTIAL ELEMENTS**

The essential elements of a violation of 21 U.S.C. § 846, Conspiracy to Distribute Controlled Substances, are as follows:

    **First:**     Two or more people in some way agreed to try to accomplish a shared and unlawful plan, the object of which was to possess with the intent to distribute N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl); and

    **Second:**     The defendant knew the unlawful plan and willfully joined in it.

The essential elements of a violation of 21 U.S.C. § 841, Distribution of Fentanyl, are as follows:

| | |
|---|---|
| **First:** | The defendant knowingly possessed the N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl); |
| **Second:** | The defendant intended to distribute the N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl); |

## PENALTY

The penalties for the offenses charged in Count One and Count Four of the Indictment are each up to 20 years imprisonment, a $1 million fine, or both imprisonment and a fine, at least 3 years of supervised release, and $100 special assessment.

Additionally, the defendant must forfeit property, pursuant to 21 U.S.C. § 853, as outlined in the Indictment.

## PERSONALIZATION OF ELEMENTS

### Conspiracy to Distribute Controlled Substances

| | |
|---|---|
| **First:** | Beginning no later than May 3, 2023, in the Middle District of Florida, did you and at least one other person agree in some way to try to accomplish a shared and unlawful plan, the object of which was to possess with the intent to distribute fentanyl, a Schedule II, controlled substance? |
| **Second:** | Did you know the plan was unlawful and willfully join in it? |
| **Third:** | Did the conspiracy involve a mixture and substance containing a detectable amount of fentanyl? |

### Distribution of Fentanyl

| | |
|---|---|
| **First:** | On June 9, 2023, in the Middle District of Florida, did you knowingly possess N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (Fentanyl)? |

**Second:** Did you intend to distribute the N-Phenyl-N-[1-(2- phenylethyl)-4-piperidinyl]propenamide (Fentanyl)?

## FACTUAL BASIS

Beginning no later than May 3, 2023, Federal Bureau of Investigation (FBI), Tampa Division, Brevard Resident Agency (BRA), Safe Streets Task Force (SSTF), Special Agents (SA's) and Task Force Officers (TFO's) from Drug Enforcement Administration (DEA) Agents began an operation utilizing an FBI Confidential Human Source. The target of the operation had previously been identified as Tyrone Green, "Hellcat." On June 8, 2023, the CHS informed a Special Agent that Green had been in contact with the CHS earlier in the week and asked the CHS if he/she "needed anything." The CHS believed that when Green asked if the CHS "needed anything," Green was referring to heroin. The CHS told Green he/she would not have any money until Friday. On June 9, 2023 the CHS attempted to contact Green at 10:38a.m. but did not get a response. At 1:33p.m., Green answered his phone and told the CHS he would be ready in about an hour. At 2:56p.m. law enforcement met with the FBI CHS to prepare for the controlled purchase of heroin from Green for $500.00 in FBI provided funds. At 3:41p.m. the CHS received a call from Green via Facebook messenger and Green told the CHS to meet at a local business, in about 20 minutes.

At 3:58p.m. the CHS tried to call Green to advise he/she was there and at the same time, an unknown black male approached the CHS vehicle at the front passenger door. The unknown black male opened the door to the CHS vehicle and

the CHS then realized this individual was delivering the heroin on behalf of Green. Once inside the vehicle, the black male handed the CHS a pack of Newport cigarettes with a small clear plastic sandwich type bag inside containing a powdery white substance believed to be heroin. The CHS asked the black male how much was owed and the black male told the CHS $400.00. The CHS handed the black male $400.00 of the $500.00 provided by the FBI to pay for the heroin. At 4:00p.m. the deal was complete, and the black male exited the CHS' vehicle and walked back in the direction of the main office to the business. On June 12, 2023 a Special Agent turned over the drug evidence to the DEA laboratory for processing. After reviewing the video captured during the buy walk operation, law enforcement was able to identify the previously unknown black male who sold the drugs to the CHS as Tirell Anton Jordan. According to the DEA laboratory, Exhibit 17 from the June 9, 2023 buy was, 6.9g of N-Phenyl-N-[1-(2-phenylethyl)-4- piperidinyl]propenamide (Fentanyl).

/s/ *Erin Hyde*
Erin Hyde, Esq.
Florida Bar No.: 26248
Erin Hyde, P.A.
1238 E. Concord St.
Orlando, Florida 32801
Tel: (407) 257-0022
Erin@erinhydepa.com
Attorney for Mr. Jordan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, *Defendant's Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis* has been filed with the Clerk of Court via CM/ECF that provides a notice of filing and imbedded copy to all counsel of record, this 30th day of October, 2024.

/s/ *Erin Hyde*
Attorney for Mr. Jordan